

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2018

No. 04-18-00631-CR

Bruno Lewis **TOVAR,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2662-CR-B
Daniel H. Mills, Judge Presiding

# O R D E R

The court reporter's second request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before January 15, 2019. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court